# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CENTURY 21 DEPARTMENT STORES LLC, et al.<br><br>Debtor. | Chapter 11<br><br>Case No.: 20-12097 (SCC)<br><br>Jointly Administered |
| STEPHANIE VUKOSAVLJEVIC, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY 21 DEPARTMENT STORES LLC,<br><br>Defendant. | Adversary Proceeding<br><br>Case No.: 20-1344 (SCC) |

## CERTIFICATE OF SERVICE

I, Justin Kuehn, hereby certify that on December 14, 2020, I caused to be served by priority mail, postage prepaid, true copies of the Summons and Complaint in the above-captioned adversary proceeding, upon:

Century 21 Department Stores LLC
22 Cortlandt Street, 5th Floor
New York, NY 10007

Lucy Kweskin, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York  10036
*Attorney for Debtor*

Dated: December 14, 2020

_____
Justin Kuehn